IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHLEY REEDY, JOSHUA COOK, MELODY SCHOON, JASMINE SMITH, and SHADARI BUSH, *on behalf of themselves and all others similarly situated*,<br><br>       Plaintiffs,<br><br>v.<br><br>EVERLYWELL, INC.,<br><br>       Defendant. | Case No. 1:24-cv-02713 |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

  Plaintiffs Ashley Reedy, Joshua Cook, Melody Schoon, Jasmine Smith, Shadari Bush, and Sedena McClain, together with Everlywell, Inc. ("Everlywell") (collectively, the "Parties"), by and through their respective counsel, hereby notify the Court that the Parties have reached an agreement, in principle, to fully resolve all claims in this case, including all claims affecting the putative class.

  The Parties and their counsel are working to finalize a formal settlement agreement and anticipate Plaintiffs will file a motion seeking preliminary approval of the settlement no later than Friday, October 25, 2024.

  The Parties also anticipate Plaintiffs will file an amended complaint to add an additional defendant and an additional plaintiff, both of which are parties to the settlement.

DATED: August 30, 2024       Respectfully Submitted,

                  */s/ Matthew J. Langley*
                  Matthew J. Langley (ARDC No. 6337129)

David S. Almeida (ARDC No. 6285557)
Britany Kabakov (ARDC No. 6336126)
**ALMEIDA LAW GROUP LLC**
849 W Webster Avenue
Chicago, IL 60614
Tel: (312) 576-3024
matt@almeidalawgroup.com
david@almeidalawgroup.com
britany@almeidalawgroup.com

Tyler Bean
David DiSabato
Mason Barney
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
T: 929-677-5144
tbean@sirillp.com
ddisabato@sirillp.com
mbarney@sirillp.com

*Counsel for Plaintiffs*

 /s/ Matthew C. Wolfe
Matthew C. Wolfe
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
(312) 704-7700
mwolfe@shb.com

*Counsel for Defendants*