**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ASHLEY REEDY, JOSHUA COOK, MELODY SCHOON, JASMINE SMITH SHADARI BUSH, AND SEDENA MCCLAIN, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> EVERLYWELL, INC., and BABY SOMEDAY, INC. D/B/A NATALIST, <br><br> Defendants. | Case No.   1:24-cv-02713 <br><br> Hon. Andrea R. Wood |

### JOINT STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Ashley Reedy, Joshua Cook, Melody Schoon, Jasmine Smith, Shadari Bush, and Sedena Mcclain ("Plaintiffs") and Defendants Everlywell, Inc., and Baby Someday, Inc. d/b/a Natalist ("Defendants" and, together with Plaintiffs, the "Parties") hereby stipulate and respectfully request that the Court extend Plaintiffs' deadline to file their forthcoming Motion for Preliminary Approval of Settlement, originally set for October 25, 2024, and in support state as follows:

WHEREAS, the Parties conducted a full day mediation with Mr. Bruce A. Friedman, Esq. of JAMS, resulting in a settlement in principle on August 7, 2024;

WHEREAS, on August 30, 2024, the Parties filed a Joint Status Report and Notice of Settlement informing the Court of the pending settlement agreement and requesting until October 25, 2024 to file a motion seeking preliminary approval (ECF No. 19);

1

WHEREAS, the Court reviewed the Parties' Joint Status Report and Notice of Settlement and reset the status hearing scheduled for September 5, 2024 to October 31, 2024, in recognition of Plaintiffs' intent to file a motion seeking preliminary approval by October 25, 2024 (ECF No. 20);

WHEREAS, the Parties have been mutually working together to finalize the settlement agreement and accompanying notices and exhibits;

WHEREAS, the Parties continue to negotiate the finer points of the settlement agreement and require additional time to finalize the agreement and for Plaintiffs' to draft their Motion for Preliminary Approval once the agreement has been finalized and the settlement administrator selected; and

WHEREAS, to preserve party and judicial resources, the Parties agree that the deadline for Plaintiffs to file their Motion should be extended thirty (30) days, subject to Court approval.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, and the Parties request, that the Court order the following:

1. Plaintiffs' October 25, 2024 deadline to file their forthcoming Motion for Preliminary Approval of Settlement is vacated; and

2. Plaintiffs are to file their Motion for Preliminary Approval of Settlement on or before November 25, 2024.[1]

**IT IS SO STIPULATED.**

/

/

---

[1] The Parties note that thirty (30) days from October 25, 2024 is Sunday, November 24, 2024. Accordingly, the Parties agree that Plaintiffs' Motion for Preliminary Approval of Settlement would be properly due on the following business day, *i.e.*, Monday, November 25, 2024.

DATED: October 25, 2024

Respectfully Submitted,

/s/ *David J. DiSabato*
David DiSabato
Tyler Bean
Mason Barney
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: 929-677-5144
tbean@sirillp.com
ddisabato@sirillp.com
mbarney@sirillp.com

Matthew J. Langley (ARDC No. 6337129)
David S. Almeida (ARDC No. 6285557)
Britany Kabakov (ARDC No. 6336126)
ALMEIDA LAW GROUP LLC
849 W Webster Avenue
Chicago, IL 60614
Tel: (312) 576-3024
matt@almeidalawgroup.com
david@almeidalawgroup.com
britany@almeidalawgroup.com

*Counsel for Plaintiffs*

/s/ Matthew C. Wolfe
Matthew C. Wolfe
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
(312) 704-7700
mwolfe@shb.com

*Counsel for Defendants*