## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Ashley Reedy, et al.
                         Plaintiff,

v.                                                Case No.: 1:24−cv−02713
                                                Honorable Andrea R. Wood

Everylywell, Inc., et al.
                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 12/3/2024. For the reasons stated on the record, Plaintiffs' unopposed motion of preliminary approval of class action settlement [28] is granted. Upon consideration of Plaintiffs' motion and supporting materials, the Court finds that the requirements for preliminary approval of the proposed settlement and class notice under Fed. R. Civ. P. 23(e)(1)(B) are satisfied. The Court sets a Final Fairness and Approval Hearing for 4/29/2025 at 11:00 AM. The hearing will be held before Judge Wood in Courtroom 2141 of the Everett M. Dirksen U.S. Courthouse, 219 S. Dearborn St., Chicago, IL 60604. Any person who wants to be heard in connection with the proposed settlement shall contact the Courtroom Deputy (laritza_arcos@ilnd.uscourts.gov) by the close of business on 4/28/2025. The parties are directed to submit a proposed order updated to reflect actual deadlines. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.