**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ASHLEY REEDY, JOSHUA COOK, MELODY SCHOON, JASMINE SMITH SHADARI BUSH and SEDENA MCCLAIN, *on behalf of themselves & all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>EVERLYWELL, INC. and BABY SOMEDAY, INC. D/B/A NATALIST,<br><br>Defendants. | Case No. 1:24-cv-02713<br><br>Hon. Andrea R. Wood |

# PLAINTIFFS' SUPPLEMENT TO THEIR MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS


DAVID S. ALMEIDA
MATTHEW J. LANGLEY
BRITANY A. KABAKOV
**ALMEIDA LAW GROUP LLC**
849 W. WEBSTER AVENUE
CHICAGO, ILLINOIS 60614
(708) 529-5418
DAVID@ALMEIDALAWGROUP.COM
MATT@ALMEIDALAWGROUP.COM
BRITANY@ALMEIDALAWGROUP.COM

MASON A. BARNEY
TYLER BEAN
**SIRI & GLIMSTAD LLP**
745 FIFTH AVENUE, SUITE 500
NEW YORK, NEW YORK 10151
(212) 532-1091
MBARNEY@SIRILLP.COM
TBEAN@SIRILLP.COM

DAVID DISABATO
**SIRI & GLIMSTAD LLP**
8 CAMPUS DRIVE, SUITE 105, PMB#161
PARSIPPANY, NEW JERSEY 07054
(212) 532-1091
DDISABATO@SIRILLP.COM

On March 5, 2025, Plaintiffs filed their Motion and Memorandum of Law in Support of Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards. *See* ECF No. 32.[1] We write now to *reduce* the amount of fees Class Counsel is requesting now that the parties have a clearer picture of the costs that the settlement will incur.

In the Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards, Plaintiffs requested an award for attorneys' fees in the amount of $1,666,666.00. *Id*. When the parties filed the original motion for preliminary approval, and motion for attorneys' fees, the Settlement Administrator had only provided the parties with an expected range for how much the administration of the settlement would cost. ECF No. 28-2, ¶ 18. On April 9, 2025, Class Counsel received a final tabulation of the Notice and Settlement Administration Costs incurred by the Settlement Administrator, representing that the administration expenses and costs associated with the Settlement would total $282,881.34.[2] Given that Plaintiffs now have a precise accounting for the costs that will be deducted from the Settlement Fund before Valid Claims are paid, they would like to hereby amend their fee request to $1,564,594.18 to ensure that it does not exceed one-third of the net Settlement Fund after deducting the requested administration costs, legal expenses, and service awards.

The Seventh Circuit instructs that, in evaluating a request for attorneys' fees, courts should consider "the ratio of (1) the fee to (2) the fee plus what the class members received." *Redman v. Radioshack Corp.*, 768 F.3d 622, 630 (7th Cir. 2014); *see also Leung v. XPO Logistics, Inc.*, 326

[1] All capitalized terms not otherwise defined herein have the same meanings as set forth in the Settlement Agreement and Release ("Settlement Agreement"), which was filed as Exhibit 1 to the Joint Declaration of Counsel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* ECF No. 28-1.

[2] *See* Exhibit A, Declaration of Mason A. Barney, ¶ 2.

F.R.D. 185, 200 (N.D. Ill. 2018) ("[C]ourts in this district have generally used the net value of a settlement as a reference for awarding fees, not counting administrative costs and incentive awards"). The "typical contingent fee is between 33 and 40 percent." *Gaskill v. Gordon*, 160 F.3d 361, 362 (7th Cir. 1998). If anything, "a rate of one-third of the total recovery is on the *low end of the market* contingency rate for" complex class action litigations because courts within the Seventh Circuit consistently award attorneys' fees greater than that in class action cases. *Young v. Cnty. of Cook*, 2017 WL 4164238, at *5 (N.D. Ill. Sept. 20, 2017) (emphasis added).

Here, the non-reversionary Settlement Fund agreed to by the parties will contain the amount of $5,000,000.00 which, in addition to paying benefits to Settlement Class Members, will also be used to pay the aforementioned $282,881.34 in Notice and Settlement Administration Costs, as well as $10,836.12 in Litigation Expenses incurred by Class Counsel and $12,500.00 in Service Awards to the Settlement Class Representatives (i.e., $2,500.00 per Settlement Class Representative), if approved by the Court. Accordingly, the value of the net Settlement Fund with these costs deducted is $4,693,782.54, and Plaintiffs' current amended request for $1,564,594.18 in attorneys' fees is one-third of that amount.

For these reasons, and the reasons stated in Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards [ECF No. 32], Plaintiffs and Class Counsel respectfully ask this Honorable Court to approve Plaintiffs' amended request for attorneys' fees equivalent to one-third of the net Settlement Fund (i.e., $1,564,594.18), and additionally renew their requests for reimbursement of $10,836.12 in Litigation Expenses and Class Representative Service Awards in the amount of $12,500.00.

Dated: April 14, 2025

/s/ David S. Almeida
David S. Almeida
Matthew J. Langley
Britany A. Kabakov
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
(708) 437-6476
david@almeidalawgroup.com
matt@almeidalawgroup.com
britany@almeidalawgroup.com

David DiSabato
**SIRI & GLIMSTAD LLP**
8 Campus Drive, Suite 105, PMB#161
Parsippany, New Jersey 07054
(212) 532-1091
ddisabato@sirillp.com

Mason A. Barney
Tyler Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
(212) 532-1091
tbean@sirillp.com

***Counsel for Plaintiffs & the Settlement Class***

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, April 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/*s/ David S. Almeida*___________
David S. Almeida