UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Ashley Reedy, et al.
                    Plaintiff,

v.                                              Case No.: 1:24–cv–02713
                                                Honorable Andrea R. Wood

Everylywell, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2025:

MINUTE entry before the Honorable Andrea R. Wood: Final Fairness and Approval Hearing held on 4/29/2025. No one appears to object or otherwise be heard in connection with the proposed settlement other than counsel for the parties. No class member filed an objection. Having heard the arguments of the parties and reviewed the record, and for the reasons stated on the record and set forth in the final approval order, the Court finds that the proposed class settlement is fair, reasonable, and adequate, and otherwise satisfies the requirements set forth in Federal Rule of Civil Procedure 23(e). In reaching this conclusion, the Court considered each of the factors listed in Fed. R. Civ. P. 23(e)(2). Accordingly, Plaintiffs' unopposed motion for final approval of class action settlement [36] is granted. Plaintiffs' motion for attorneys' fees, expenses, and class representative service awards [32] is also granted. Enter Final Order of Approval. This case is dismissed with prejudice. Plaintiffs' uncontested motion for enlargement of page limit [34] is granted. No further status hearing is set at this time. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.